■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD LEBRON, Appellant. [825 NYS2d 177]—Judgments, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered on or about May 23, 2005, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Nardelli, Sweeny and McGuire, JJ.